UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

ERIN THELMA FULLERTON

     Plaintiff,

  vs.

FCA US LLC; and DOES 1 through 10, inclusive,

     Defendant.

Case No. 2:24-cv-02992-WBS-JDP

Judge: Hon. William B. Shubb
Magistrate Judge: Hon. Jeremy D. Peterson

**ORDER GRANTING STIPULATION TO REMAND CASE TO STATE COURT**

Complaint filed: July 12, 2024
Removal filed: October 31, 2024

### ORDER

The Court, having considered the Stipulation to Remand Case to State Court (the "Stipulation") filed by the Parties, and upon finding good cause therefore, hereby GRANTS the Stipulation.

This matter is hereby remanded to the California Superior Court, for the County of Yolo.

    **IT IS SO ORDERED.**

Dated:  April 2, 2026

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

1